IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Bouchard Transportation Co., Inc., | § | Case No. 20-34682 |
| *et al.*, | § | |
| | § | |
| Debtors. | § | |
| ST Engineering Halter Marine & Offshore | § | |
| d/b/a Halter Marine & Offshore, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 21-3043 |
| | § | |
| M/V Ralph Bouchard and | § | |
| Bouchard Transportation Co., Inc., | § | |
| | § | |
| Defendants. | § | |

## Stipulation and Agreed Order

Based on the agreement of the parties, it is hereby **ORDERED THAT:**

1.    The deadline for the Defendants to answer the Plaintiff's complaint in the above-captioned adversary proceeding [Doc. No. 1] is extended until September 15, 2021.

2.    All of the parties' respective claims and defenses are preserved.

Agreed and requested to be entered:

DAVID S. BLAND,

*/s/ David S. Bland*
David S. Bland
Bland & Partners PLLC
Texas Bar No. 00789021
Federal Bar No. 32550
5500 Prytania St., Suite 618
New Orleans, LA 70115
Telephone: (281) 900-8545
Email:  dbland@blandpartners.com

*Counsel to Plaintiff ST Engineering Halter*
*Marine & Offshore d/b/a Halter Marine & Offshore*


*/s/ Matthew D. Cavenaugh*
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Genevieve M. Graham (TX Bar No. 24085340)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email:          mcavenaugh@jw.com
                ggraham@jw.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)
Whitney Fogelberg (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:          ryan.bennett@kirkland.com
                whitney.fogelberg@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue

2

New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:    (212) 446-4900
Email:        christine.okike@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anna G. Rotman, P.C. (TX Bar No. 24046761)
Jamie Alan Aycock (TX Bar No.  24050241)
609 Main Street
Houston, Texas 77002
Telephone:    (713) 836-3600
Facsimile:    (713) 836-3601
Email:        anna.rotman@kirkland.com
              jamie.aycock@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*